Barbara L. TRUE, Plaintiff–Respondent,

v.

Brian P. HORN, Defendant–Appellant.

No. ED 74988.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 7, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 10, 1999.

Crystal Y. Smith, St. Louis, for appellant.

Bradley Wayne Cundiff, St. Charles, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Brian Horn appeals the judgment entered on a jury verdict for Barbara True in a personal injury case. The evidence in support of the jury verdict is sufficient. No error of law appears. A written opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b)(3).